UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARMAAL MCLEOD,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

No. 17 Civ. 8212 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Jarmaal McLeod's letter requesting an extension of time to reply to the Government's opposition to his Section 2255 motion. (See dkt. no. 65.) That request is GRANTED. Mr. McLeod's time to respond to the Government is extended for 30 days until March 27, 2020. Because the Court has granted Mr. McLeod numerous extensions since July 2019, (dkt. nos. 55, 58, 61, 64), this will be his final extension. Mr. McLeod is informed that no action can take place in his case until his papers are in or he defaults in filing. The Clerk of the Court is instructed to mail to Mr. McLeod a copy of this order and a copy of the docket sheet.

    **SO ORDERED.**

Dated:    New York, New York
            February 26, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1