```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JARMAAL MCLEOD,                   Petitioner,  -against-  UNITED STATES OF AMERICA,                   Respondent. | No. 17 Civ. 8212 (LAP)  ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Jarmaal McLeod's letter requesting an extension of time to reply to the Government's opposition to his Section 2255 motion. (See dkt. no. 67.) In light of the extraordinary situation of lockdown as a result of the COVID-19 outbreak, Mr. McLeod is granted yet another final extension until June 16, 2020. No further extensions will be granted absent extraordinary circumstances. A copy of this order has been mailed to Mr. McLeod.

**SO ORDERED.**

Dated:   New York, New York
         April 17, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1