UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JARMAAL MCLEOD,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

17 Civ. 8212 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Jarmaal McLeod's latest request for an extension of time to file his reply papers. (See dkt. no. 70.)  Given that his facility appears to be on indefinite lockdown due to the COVID-19 pandemic, Mr. McLeod shall inform the Court promptly by letter when the lockdown has ended and when he will submit his reply papers.  Chambers will mail a copy of this order to Mr. McLeod.

**SO ORDERED.**

Dated:    New York, New York
          June 9, 2020

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge