UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JARMAAL MCLEOD,

          Defendant.

---

No. 12-CR-354 (LAP)

No. 17-CV-8212 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On June 9, 2020, the Court ordered Mr. McLeod to inform the Court when the lockdown at FCC Beaumont has ended and when he will submit his reply papers for his pending 18 U.S.C. § 2255 motion.  (See dkt. no. 71 in 17-CV-8212.)  Mr. McLeod has not filed anything further in the intervening fifteen months.  Mr. McLeod shall inform the Court of the status of his reply papers no later than October 30, 2021.  Should he fail to do so, the Court will consider his § 2255 motion sub judice.

**SO ORDERED.**

Dated:    September 28, 2021
             New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge